# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:99-CR-0287-KJD-RJJ |
| v. | **ORDER** |
| HATTIE B. DAY, | |
| Defendant. | |

Presently before the Court is Defendant's letter (#441).  In the four page handwritten letter, one sentence refers to retroactive application of sentencing guidelines relating to convictions for "crack cocaine."  Out an abundance of caution, the letter was docketed as a Motion for Retroactive Application of Sentencing Guidelines.  However, it appears that Defendant has been released from custody.  See Order Granting Request for Modification to Conditions of Supervision (#496).

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion (#441) is **DENIED as moot**.

DATED this 4th day of April 2013.

_____
Kent J. Dawson
United States District Judge